IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02868–REB–KMT

2010-1 RADC/CADC VENTURE, LLC,

     Plaintiff,

v.

GHOST HOLE PARTNERS, LLC, and
DAVID J. FITZPATRICK,

     Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

In light of "Mr. Fitzpatrick's Rule 15(a)(2) Consent to Plaintiff's Amended Complaint" (Doc. No. 12, filed Dec. 27, 2012), "Plaintiff 2010-1 RADC/CADC Venture, LLC's Unopposed Motion to Amend Complaint" (Doc. No. 9, filed Dec. 18, 2012) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file Plaintiff's Amended Complaint (Doc. No. 9-1).

Dated: January 2, 2013