## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 12-cv-02868-REB-KMT

2010-1 RADC/CADC VENTURE, LLC, a Delaware limited liability company with its principal place of business in the State of Kansas,

    Plaintiff,

v.

GHOST HOLE PARTNERS, LLC, an Oregon limited liability company with its principal place of business in the State of Oregon, and
DAVID C. HOCK, an individual resident of the State of Oregon,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT GHOST HOLE PARTNERS, LLC, ONLY

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss Defendant Ghost Hole Partners, LLC, Without Prejudice Pursuant To Federal Rule of Civil Procedure 41(a)(1)** [#37][1] filed April 12, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted and that plaintiff's claims against defendant, Ghost Hole Partners, LLC, should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss Defendant Ghost Hole Partners, LLC, Without Prejudice** [#37] filed April 12, 2013, is **GRANTED**;

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

  2.  That plaintiff's claims against defendant, Ghost Hole Partners, LLC, are **DISMISSED WITHOUT PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

  3.  That defendant, Ghost Hole Partners, LLC, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

  Dated April 15, 2013, at Denver, Colorado.

          **BY THE COURT:**

*(signed)* Bob Blackburn
Robert E. Blackburn
United States District Judge