**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02868-REB-KMT

2010-1 RADC/CADC VENTURE, LLC, a Delaware limited liability company with its principal place of business in the State of Kansas,

    Plaintiff,

v.

DAVID C. HOCK, an individual resident of the State of Oregon,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on plaintiff's **Motion To Dismiss Defendant Hock With Prejudice** [#42][1] filed April 29, 2013. After reviewing the motion and the record, I conclude that the motion should be granted, that plaintiff's claims against defendant, David Hock, should be dismissed with prejudice with each party to pay their own attorney fees and costs, and that this case should be closed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That plaintiff's **Motion To Dismiss Defendant Hock With Prejudice** [#42] filed April 29, 2013, is **GRANTED**;

    2. That plaintiff's claims against defendant, David Hock, are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs;

---

[1] "[#42]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

and

       3.  That this case is **CLOSED**.

Dated April 30, 2013, at Denver, Colorado.

                                            **BY THE COURT:**

*[Signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge